WRIGHT, FINLAY & ZAK, LLP
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
nlehman@wrightlegal.net
*Attorney for Defendant Selene Finance LP*

```
         FILED            RECEIVED
         ENTERED          SERVED ON
                   COUNSEL/PARTIES OF RECORD

              JUL 29 2019

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ORDER

| | |
|---|---|
| TOBIN E. FUSS and ANGELA FUSS, | Case No.: 3:19-cv-00282-MMD-CBC |
| Plaintiffs, | NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL |
| vs. | |
| SELENE FINANCE LP, a foreign limited partnership and Does I through X, inclusive, | |
| Defendants. | |

Defendant Selene Finance LP (hereinafter referred to as "Defendant"), by and through its attorney of record the law firm of Wright, Finlay & Zak, LLP, hereby gives notice that Christopher Alan James Swift, Esq. is no longer an attorney associated with Wright, Finlay & Zak, LLP. Wright Finlay & Zak, LLP, will continue to represent Defendant and requests that Natalie C. Lehman, Esq. receive all future notices.

DATED this 19th day of July, 2019.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Natalie C. Lehman, Esq.*
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Defendant Selene Finance LP*

IT IS SO ORDERED
_____
U.S. MAGISTRATE JUDGE
DATED: 7/29/2019