WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
mkelley@wrightlegal.net
*Attorney for Defendant Selene Finance LP*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TOBIN E. FUSS and ANGELA FUSS,<br><br>Plaintiffs,<br><br>vs.<br><br>SELENE FINANCE LP, a foreign limited partnership and Does I through X, inclusive,<br><br>Defendants. | Case No.:   3:19-cv-00282-MMD-CBC<br><br>**NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |

Defendant Selene Finance LP (hereinafter referred to as "Defendant"), by and through its attorney of record of the law firm of Wright, Finlay & Zak, LLP, hereby gives notice that Natalie C. Lehman, Esq. is no longer an attorney associated with Wright, Finlay & Zak, LLP. Wright Finlay & Zak, LLP, will continue to represent Defendant and requests that Michael S. Kelley, Esq. receives all future notices.

DATED this 6th day of September, 2019.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Michael S. Kelley, Esq.*
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Defendant Selene Finance LP*

IT IS SO ORDERED
_____
U.S. MAGISTRATE JUDGE
DATED: 9/10/2019

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and Electronic Filing Procedure IV(B), I certify that on the 6th day of September, 2019, a true and correct copy of this **NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case.

>   /s/ Jason Craig
>   An Employee of WRIGHT, FINLAY & ZAK, LLP